# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF GEORGIA

### STATESBORO DIVISION

JOSE GUADALUPE               )
PENA-RODRIGUEZ,              )
                            )
v.                          )        Case No. CV613-029
                            )                 CR611-021
UNITED STATES OF AMERICA     )

## O R D E R

After a careful de novo review of the record in this case, the Court

concurs with the Magistrate Judge's Report and Recommendation, to

which no objections have been filed. Accordingly, the Report and

Recommendation of the Magistrate Judge is adopted as the opinion of the

Court.

**SO ORDERED** this 23 day of Sept, 2013.

B. AVANT EDENFIELD, JUDGE,
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA